|  | Priority |
|---|---|
|  | ✓ **Send** |
|  | Clsd |
|  | Enter |
|  | JS-5/JS-6 |
|  | JS-2/JS-3 |
|  | Scan Only |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   CV 07-04304 DDP (MANx)                                Dated: 7-6-07

Title:   JUSTIN LYNCH and all others similarly situated -v- J2 GLOBAL COMMUNICATIONS, INC., CATCH CURVE, INC., and IP INVESTMENTS GROUP, LLC

===================================================================

PRESENT:   HONORABLE DEAN D. PREGERSON, JUDGE

John A. Chambers                          None Present
Courtroom Deputy                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:     ATTORNEYS PRESENT FOR DEFENDANTS:

None                                      None

PROCEEDINGS:   MINUTE ORDER (IN CHAMBERS)

This action has been assigned to the calendar of Judge Dean D. Pregerson.

Counsel are encouraged to review the Central District's website for additional information. The address is **"http://www.cacd.uscourts.gov"**.

It is not necessary to clear a motion date with the Court Clerk prior to filing the motion. The Court hears motions only on Mondays at 10:00 a.m.



MINUTES FORM 11
CIVIL -- GEN

Initials of Deputy Clerk