**ORIGINAL**

FILED
CLERK, U S DISTRICT COURT

AUG - 6 2007

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Justin Lynch | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 07-4304 DDP (MANx) |
| v | |
| J2 Global Communications, Inc., et al | ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1 (Magistrate Judge Related Cases) |
| Defendant(s). | |

**CONSENT**

I hereby consent to the transfer of the above-entitled case to my calendar pursuant to Local Rule 83-1.3.1 and General Order 07-02.

7.26.2007                                     Andrew J. Wistrich
_____                               _____
Date                                          United States Magistrate Judge

**DECLINATION**

I hereby decline to transfer the above-entitled case to my calendar for the reasons set forth:

_____

_____

_____

_____        _____
Date                   United States Magistrate Judge

**REASON FOR TRANSFER AS INDICATED BY COUNSEL**

Case ____CV 04-1172 DDP (AJWx)____ and the present case:

☑ A.  Arise from the same or closely related transactions, happenings or events; or
☑ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
☑ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**NOTICE TO COUNSEL FROM CLERK**

On all documents subsequently filed in this case, please substitute the initials ___AJW___ after the case number in place of the initials of the prior judge, so that the case number will read ___CV 07-4304 DDP (AJWx)___. This is very important because documents are routed to the assigned judges by means of these initials

Subsequent documents must be filed at the  ☑ Western  ☐ Southern  ☐ Eastern Division.
Failure to file at the proper location will result in your documents being returned to you.

CV-34A (06/07)      ORDER RE TRANSFER PURSUANT TO LOCAL RULE 83-1.3.1 (Magistrate Judge Related Cases)

JUL - 9 2007                                          ENTERED ON CM 8/6/07